Internal Revenue Code, the trial court is required by Rule 31 of the Federal Rules of Criminal Procedure to give a requested misdemeanor instruction under Section 3616 (a) of the 1939 Internal Revenue Code, and thus allow the jury to determine whether defendant committed the greater or lesser offense."

*Stanley M. Rosenblum* and *Mark M. Hennelly* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *Dickinson Thatcher* for the United States.

No. 297. UNION TRUST CO. ET AL. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *David G. Bress, Sheldon E. Bernstein, Alvin L. Newmyer* and *Jo V. Morgan, Jr.* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Burger, Paul A. Sweeney* and *Lester S. Jayson* for the United States.

No. 379. BAUSCH & LOMB OPTICAL CO. *v.* LYON. C. A. 2d Cir. Certiorari denied. *Edward H. Cumpston* and *G. A. Ellestad* for petitioner. *John W. Malley* and *C. Willard Hayes* for respondent.

No. 430. THOMAS *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *George E. Danielson* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 446. TYMANN, ADMINISTRATRIX, *v.* WRIGHT, EXECUTOR, ET AL. Court of Appeals of New York. Cer-